IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JOHNATHAN PINNEY**                                                    **PLAINTIFF**
**ADC #173141**

**V.**                       **4:19CV00509 SWW/PSH**

**JOHNATHAN JAMES, Offender,** *et al*.                      **DEFENDANTS**

### PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Recommendation has been sent to United States District Judge Susan Webber Wright. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Johnathon Pinney filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on July 18, 2019, while incarcerated at the Arkansas Department of Correction's East Arkansas Regional Unit. (Doc. No. 1). On July 22, 2019, the Court directed Plaintiff to pay the filing fee or file a complete application to proceed *in forma pauperis*. (Doc. No. 3). Plaintiff was warned that if he failed to do so, his case would be dismissed without prejudice pursuant to Local Rule 5.5(c)(2). (*Id*. at 2).

Plaintiff filed an application to proceed *in forma pauperis* on August 5, 2019. (Doc. No. 5). His application, however, did not include a certified record of his institutional trust fund account activity for the past six months as required by 28 U.S.C. § 1915(a)(2). Accordingly, on August 6, 2019, Plaintiff's motion was denied. (Doc. No. 7). The Court directed Plaintiff to return

a completed IFP application, including a calculation sheet and certificate signed by an authorized official, or pay the $400.00 filing fee within 30 days. (*Id.*) Again, Plaintiff was cautioned that if he failed to do so, his case could be dismissed. (*Id*. at 2).

More than 30 days have passed, and Plaintiff has not complied with or otherwise responded to the August 6, 2019 order. District courts have inherent power to dismiss a *case sua sponte* for failure to prosecute. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995). Accordingly, the Court finds that this action should be dismissed without prejudice for failure to respond to the Court's orders and failure to comply with Local Rule 5.5(c)(2).

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff Johnathan Pinney's complaint (Doc. No. 1) be DISMISSED WIHOUT PREJUDICE.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

DATED this 10th day of September, 2019.

_____
UNITED STATES MAGISTRATE JUDGE