# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JOHNATHAN PINNEY**  **PLAINTIFF**
**ADC #173141**

vs. NO. 4:19CV00509 SWW

**JOHNATHAN JAMES, Offender,** *et al*.  **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 3rd day of October, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE