# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JOHNATHAN PINNEY**                                                **PLAINTIFF**
**ADC #173141**

**V.**                  **CASE NO. 4:19-cv-00509 JM**

**JOHNATHAN JAMES,** *et al.*                             **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This dismissal counts as a "strike" and the Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 29th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE